## AFFIRMATION OF SERVICE

**IN THE SOUTHERN DISTRICT OF THE US DISTRICT COURT IN THE STATE OF NEW YORK**

Index Number: **7:25-cv-04109**

Date Filed:

Plaintiff:
**ODONIEL JHOVANI HERNANDEZ TINO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**
vs
Defendant:
**HLT CONSULTING & CONTRACTING, INC.**

Received on **6/12/2025** to be served on **HLT CONSULTING & CONTRACTING, INC, 6407 SMALLWOOD ROAD #5 , CURTIS BAY, MD 21226**.

**Jeff Levy**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On **6/17/2025** at **2:35 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION, COLLECTIVE AND CLASS ACTION COMPLAINT AND JURY TRIAL DEMANDED** on **HLT CONSULTING & CONTRACTING, INC** at **6407 SMALLWOOD ROAD #5 , CURTIS BAY, MD 21226** in the manner indicated below:

By delivering a true copy of each to and leaving with **Maria Garrido, Asst. Mgr.** who stated he/she is authorized to accept service on behalf of the corporation.

**Description:**
Gender: **Female**   Race/Skin: **Hispanic**   Age: **50 - 60 Yrs**   Weight: **161-190 Lbs.**   Height: **5ft 4in - 5ft 8in**   Hair: **Brown**
Glasses: **Yes**   Other:

I affirm on 06/18/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
Jeff Levy

Job #: 2501065
Client File # 24372225

**LEXITAS 1235 Broadway, 2nd Floor New York, NY 10001**