UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ODONIEL JHOVANI HERNANDEZ TINO,     :
                                                      :    No. 25 Civ. 4109 (JGLC)
                Plaintiff,     :
                                                     :
        -against-                                     :
                                                     :
HLT CONSULTING & CONTRACTING, INC.   :    **NOTICE OF ACCEPTANCE OF**
                                                     :    **OFFER OF JUDGMENT**
              Defendant.     :
------------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Plaintiff Odoniel Jhovani Hernandez Tino, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Defendant HLT Consulting & Contracting, Inc., dated and served February 18, 2026 in the above-captioned action.

Dated:   New York, New York
           February 19, 2026

*Odoniel Jhovani H*
_____
Odoniel Jhovani Hernandez Tino

                                            PECHMAN LAW GROUP PLLC

                                            By: _____
                                                  Louis Pechman
                                                  Galen C. Baynes
                                                  Pechman Law Group PLLC
                                                  488 Madison Avenue, Suite 1704
                                                  New York, New York 10022
                                                  Telephone: (212) 583-9500
                                                  pechman@pechmanlaw.com
                                                  baynes@pechmanlaw.com
                                                  *Attorneys for Plaintiff*

TO:    John J. Thompson
         Thompson & Skrabanek, PLLC
         515 Madison Avenue, 31st Floor
         New York, New York 10022
         Tel: (646) 568-4280
         jt@ts-firm.com
         *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I, Galen C. Baynes, an attorney duly admitted to practice before this Court and member of the Bar of State of New York, state the following under penalty of perjury:

  1.  I am legal counsel to Plaintiff in the above-captioned action, am over the age of 18, and am not a party to this action.

  2.  On February 19, 2026, I served Plaintiff's notice of acceptance of Defendant's Offer of Judgment in the above-captioned action by serving a true and correct copy thereof via electronic mail to:

John J. Thompson
Thompson & Skrabanek, PLLC
515 Madison Avenue, 31st Floor
New York, New York 10022
Tel: (646) 568-4280
jt@ts-firm.com
*Attorneys for Defendant*

Dated: New York, New York
    February 19, 2026

            PECHMAN LAW GROUP PLLC

            By: _____
               Galen Baynes, Esq.