UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ODONIEL JHOVANI HERNANDEZ TINO,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**No. 25 Civ. 4109 (JGLC)**
　　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
HLT CONSULTING & CONTRACTING, INC.　　　　:　　**[PROPOSED]**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**JUDGMENT**
　　　　　　　　　　　　Defendant.　　　　　　　　　　　　:
-------------------------------------------------------------------- X

　　　　**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Odoniel Jhovani Hernandez Tino ("Plaintiff") on February 19, 2026; it is

　　　　**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant HLT Consulting & Contracting, Inc., in the amount of $50,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated:　White Plains, New York
　　　　　_____, 2026

　　　　　　　　　　　　　　　　　　　　　　　　**SO ORDERED:**


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge