UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ODONIEL JHOVANI HERNANDEZ TINO,                :
                                                                                    :   No. 25 Civ. 4109 (JGLC)
                             Plaintiff,                                   :
                                                                                    :
              -against-                                                 :
                                                                                    :
HLT CONSULTING & CONTRACTING, INC.    :          [PROPOSED]
                                                                                    :          JUDGMENT
                             Defendant.                                :
------------------------------------------------------------------------ X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Odoniel Jhovani Hernandez Tino ("Plaintiff") on February 19, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant HLT Consulting & Contracting, Inc., in the amount of $50,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

All conferences, including the case management conference scheduled for May 7, 2026, are canceled. The Clerk of Court is directed to close the case.

Dated: February 25, 2026            **SO ORDERED:**
           White Plains, New York

                                                         *Jessica Clarke*
                                                         _____
                                                         HON. JESSICA G. L. CLARKE
                                                         United States District Judge