UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ODONIEL JHOVANI HERNANDEZ TINO,                :
                                   Plaintiff,    :      No. 25 Civ. 4109 (JGLC)
                                   -against-       :

HLT CONSULTING & CONTRACTING, INC.       :      SATISFACTION OF
                                Defendant.    :      JUDGMENT
-------------------------------------------------------------------- X

**WHEREAS**, a judgment was entered in the above action on February 25, 2026 (ECF No. 25), in favor of Plaintiff Odoniel Jhovani Hernandez Tino and against Defendant HLT Consulting & Contracting, Inc., in the total amount of Fifty Thousand Dollars and Zero Cents ($50,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 23-1); and

**WHEREAS**, Defendant has paid the judgment with interest thereon and it is certified that there are no executions outstanding with any Sheriff or Marshal;

**NOW THEREFORE**, the complete satisfaction of judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make entry of the full and complete satisfaction of the judgment on the docket.

Dated:  New York, New York
           March 3, 2026                         PECHMAN LAW GROUP PLLC

                                                         By: _____
                                                            Louis Pechman
                                                            Galen C. Baynes
                                                            488 Madison Avenue, 17th Floor
                                                           New York, New York 10022
                                                           Tel.: (212) 583–9500
                                                           pechman@pechmanlaw.com
                                                           baynes@pechmanlaw.com
                                                           *Attorneys for Plaintiff*

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NEW YORK       )

On this 3rd day of March, 2026, before me personally came Galen C. Baynes, to me known and known to be a member of the firm of Pechman Law Group PLLC, attorneys for Plaintiff Odoniel Jhovani Hernandez Tino in the above-captioned action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that they executed the same.

_____
Notary Public

